John A. Coppede, Esq.
Richard D. Bush, Esq.
Hickey & Evans, LLP
1800 Carey Ave, Ste 700
PO Box 467
Cheyenne, WY  82003-0467
Ph: (307) 634-1525
Fx: (307) 638-7335
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiffs, | ) |
| vs. | )   Case No. 10-CV-0110-F ) |
| KRISTI ANN ERIKSON and ROBERT G. ERIKSON, | ) ) ) |
| Defendants. | ) |

### STIPULATION REGARDING AWARD OF FEES AND COSTS

COME NOW the parties, Plaintiff Transamerica Life Insurance Company and Defendants Kristi Ann Erikson and Robert G. Erikson, by and through their respective undersigned counsel, and hereby stipulate as follows regarding an award of fees and costs to Transamerica Life Insurance Company to be paid from the interpleader fund:

1. On or about July 29, 2010, the Court entered its order granting Judgment in

Interpleader which, among other things, directs the Clerk of the Court to pay to Hickey and Evans, LLP, fees and costs from the interpleader fund in this matter.

2. The parties have discussed by and among themselves regarding the award for fees and costs to be paid to the Plaintiff in this matter, and have stipulated and otherwise agreed that Hickey & Evans, LLP be awarded fees and costs in this matter in the amount of Three Thousand Four Hundred Ninety-eight Dollars ($3,498).

WHEREFORE, the parties, having so stipulated, respectfully request that the Clerk of the Court pay from the interpleader fund an award of fees and costs to Hickey & Evans, LLP in the amount of $3,498.

Respectfully submitted this 23rd day of August 2010.

TRANSAMERICA LIFE INSURANCE COMPANY
*Plaintiff*

By: /s/ John A. Coppede
John A. Coppede
Richard D. Bush
HICKEY & EVANS, LLP
1800 Carey Ave, Ste 700
PO Box 467
Cheyenne, WY 82003-0467
Ph: (307) 634-1525
Fx: (307) 638-7335

KRISTI ANN ERIKSON
*Defendant*


By:     */s/ John M. Kuker*
       John M. Kuker
       James M. Peterson
       ROMSA & KUKER, LLC
       2123 Pioneer Ave
       Cheyenne, WY  82001
       Ph: (307) 433-8777
       Fx: (307) 433-9117


ROBERT G. ERIKSON
*Defendant*


By:     */s/ Megan Overmann Goetz*
       Megan Overmann Goetz
       Holli Austin-Belaski
       Devon P. O'Connell
       PENCE AND MACMILLAN LLC
       501 Garfield Street
       P.O. Box 1285
       Laramie, WY  82073
       Ph: (307) 745-3626
       Fx: (307) 745-8669